AP-77,04
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 4/20/2015 2:06:18 PI
Accepted 4/20/2015 2:08:44 PI
ABEL ACOST.
CLER

## CAUSE NO. AP-77,040

| | | |
|---|---|---|
| CEDRIC ALLEN RICKS | * | IN THE COURT OF |
| Appellant | * | |
| | * | CRIMINAL APPEALS |
| | * | |
| THE STATE OF TEXAS | * | IN AUSTIN, TEXAS |
| Appellee | | |

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

COMES NOW, CEDRIC ALLEN RICKS, Appellant, by and through his attorney, MARY B. THORNTON, and files this his Second Motion for Extension of Time to File Appellant's Brief in the above styled and numbered cause requesting an additional three (3) months and in support of his motion would show this Honorable Court as follows:

### I.

Appellant was reindicted for the offense of capital murder in cause number 1361004R on February 28, 2014. His case was assigned to the 371st Judicial District Court in Tarrant County, Texas. Appellant pleaded not guilty before a jury on May 5, 2014. On May 7, 2014, the jury found Appellant guilty of the offense as charged in the State's indictment. On May 16, 2014, the jury answered Special Issue No. 1 "yes," and Special Issue No. 2 "no." As a result the trial court sentenced Appellant to Death as required by law.

1

## II.

Pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure Appellant's brief was originally due to be filed in this Honorable Court on Tuesday, January 20, 2015. One motion for extension of time was requested by Appellant and granted by this Honorable Court for three months, rendering Appellant's brief due on Monday, April 20, 2015.

## IV.

Because of other cases, counsel for Appellant has not had sufficient time to prepare Appellant's brief in the above styled and numbered cause. Specifically, counsel prepared for a jury trial set to begin on Monday, February 9, 2015, styled The State of Texas v Samuel Luna, Jr. in cause numbers 1379544D & 1379545D. Sammy's cases were pending in the 371st Judicial District Court in Tarrant County, Texas. On the day of trial Sammy elected to plead guilty to the trial court without a plea bargain agreement. Counsel was present for the presentence investigation interview. Sammy's punishment hearing took place on April 2, 2015.

Counsel for Appellant was also called upon to prepare for trial on three separate occasions in The State of Texas v Darnell Eugene Lockhart, cause numbers 1371454D, 1375131D, 1375405D, 1375406D, and 1405046. Counsel was called to trial on Tuesday, March 10, 2015, Tuesday, March 24, 2015, and Tuesday, April 14, 2015. The State intended to try Darnell on an evading arrest with the use or exhibition of a deadly

2

weapon, to wit: an automobile and two felony drug cases arising out of the same criminal transaction. After two postponements by the trial court (not requested by counsel) Darnell elected to retain counsel prior to April the 14th. However, counsel was required to prepare a trial notebook and take a trip to the scene to prepare for what she believed to be an imminent jury trial on two separate occasions.

Counsel is presently preparing for trial in cause number 1368762D presently pending in the 213th Judicial District Court in Tarrant County, Texas styled The State of Texas v Sherman Peter Williams. Sherman's case is set for trial on Monday, June 8, 2015. Sherman is indicted for the offense of causing serious bodily injury to a family member with the use or exhibition of a deadly weapon, to wit: a knife. Counsel is also set to take a short vacation from Monday May 25, 2015, through Wednesday, June 3, 2015.

Counsel prepared and filed the appellant's brief in Daniel Hans Jugen Ziegler v The State of Texas in cause No. 02-14-00315-CR in the Court of Appeals for the Second District of Texas in Fort Worth, Texas on Wednesday, March 11, 2015. Counsel is currently preparing the appellant's brief in Juan Olmos v The State of Texas in cause number 02-14-00289-CR which is due in the Court of Appeals for the Second District of Texas on Friday, May 29, 2015.

Counsel for Appellant has other felony cases that are currently being worked up for trial. Counsel has also had new appointments, both trial and appellate, that have

kept her busy over the past three months.

Therefore, counsel for Appellant requests this second extension of time for three (3) months not for purposes of delay but because it is necessary in order to render Appellant his constitutionally mandated effective assistance of counsel pursuant to *the Sixth and Fourteenth Amendments to the U.S. Const. and art. 1, sec. 9 of the Tex. Const.*

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court grant his Second Motion for Extension of Time to File Appellant's brief in the above styled and numbered cause for three (3) months and extend the deadline for filing Appellant's brief to Monday, July 30, 2015.

Respectfully submitted,


/s/Mary B. Thornton
MARY B. THORNTON
Attorney for Appellant
3901 Race Street
Fort Worth, Texas 76111
Telephone No.: (817) 759-0400
Telecopier No.: (817) 831-3002
Email: marybrabson01@gmail.com
State Bar #19713700

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2015, a true and correct copy of the above motion was eserved to the Hon. Debra Windsor, Chief of the Tarrant County Criminal District Attorney's Office Post Conviction, Tim Curry Criminal Justice Center, Fourth Floor, 401 West Belknap, Fort Worth, Texas, 76196, at COAAppellateAlerts@tarrantcounty.com.

/s/Mary B. Thornton
MARY B. THORNTON